AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Suhrheinrich, Richard F | Sixth Circuit Court of Appeals | 04/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge (Senior) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Room 241 315 W. Allegan Lansing, Michigan 48933 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Attorney Grievance Commission | State Bar of Michigan |
| 2. | Member Board of Trustees | Brighton Hospital (non-profit) |
| 3. | Faculty Member | Thomas M. Cooley Law School |
| 4. | | |
| 5. | | |

RECEIVED 2007 APR 16 A 11:41 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F | 04/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Thomas M. Cooley Law School -teaching | $ 100,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Michigan Attorney Grievance Committee | Mileage for travel to and from meetings |
| 2. | Michigan Hospital Association Insurance Co. | June 29 to July 1, 2006 annual meeting honoring past directors, Mackinac Island, MI (Transportation, Hotel and Food) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F | 04/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F | 04/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings Account- Bank One. ■ | A | Interest | J | T | | | | | |
| 2. Indv. Retirement Acct. - Bank One, CD ■ | A | Interest | J | T | | | | | |
| 3. 1. Fid. Growth Mutual - IRA ■ | A | Div/reinves | J | T | | | | | |
| 4. 2. Fed. Cap. Income F ■ | A | Div/reinves | J | T | | | | | |
| 5. Escanaba MI Public School -municipal bond | B | Interest | K | T | | | | | |
| 6. Roscommon County, MI - municipal bond | B | Interest | | | redemption | 9/1 | K | | (T) Market |
| 7. Kalamazoo Pub. Lib - municipal bond | B | Interest | K | T | | | | | |
| 8. Hazel Park, Michigan - municipal bond | B | Interest | K | T | | | | | |
| 9. Merrill Lynch Priority Client Account | A | Interest | J | T | | | | | |
| 10. Vanguard (IRA): Wellesly Income Fund | A | Interest | M | T | reinvest/int | 11/19 | J | | (T) Market |
| 11. Goodrich Petro - stock | | None | J | T | | | | | |
| 12. Huron Valley Michigan School District -municipal bond | A | Interest | J | T | | | | | (T) Market |
| 13. Detroit Michigan School District municipal bond | A | Interest | | | redemption | 7/5 | K | | (T) Market |
| 14. Fifth Third Bank Account | A | Interest | J | T | deposit | var. | J | | (T) Market |
| 15. Mason State Bank Account | A | Interest | J | T | deposit | var. | J | | (T) Market |
| 16. Duke Common Stock (Cinergy) | A | Dividend | J | T | Div/reinves | var. | J | | (T) Market |
| 17. Birmingham Michigan School District - | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate only) | P4 =More than $50,000,000 | T =Cash Market | |
| | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F | 04/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| municipal bond | | | | | | | | | |
| 18. West Bloomfield Michigan School District - municipal bond | A | Interest | K | T | | | | | |
| 19. Ameren Corp. Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 20. Bank of America Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 21. General Electric Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 22. Johnson & Johnson Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 23. Procter Gamble Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 24. Cooley Law School TSA/Vanguard Wellesley Fund | A | Div/reinvest | J | T | buy | var. | J | | (T) Market |
| 25. Cooley Law School TSA/Vanguard Select Value Fund | B | Div/reinvest | K | T | buy | var. | J | | (T) Market |
| 26. Microsoft Corp | A | Dividend | | | sold | 5/8 | J | | (T) Market |
| 27. PUT CMA | | | | | expire | 1/21 | J | A | (T) Market |
| 28. CMA Common Stock | | | | | buy | 1/23 | J | | (T) Market |
| 29. CMA Common Stock | | | | | sold | 1/30 | J | A | (T) Market |
| 30. MI State University Charitable gift Annuity(s) | A | Interest | K | T | buy | 10/2 | K | | (T) Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F | 04/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, Line 16 - Duke acquired Cinergy by stock purchases. No change in total value. Henceforth, this line will be referred to as "Duke".

Section VII, Line 27 - The income from this transaction was disclosed in 2005 financial disclosure report in the year it was earned.

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F | 04/09/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date_____ 4-9-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544